```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| U.S.A. | : | CRIMINAL ACTION |
| v. | : | |
| RYAN J. KASPER | : | NO. 11-570 |

**O R D E R**

AND NOW, this 5th day of December, 2014, it is Ordered that the sentencing scheduled for December 18, 2014 is CONITUNED until further notice.  Counsel for the government shall notify the Court when this matter can be rescheduled.

ATTEST:                              or    BY THE COURT

BY:_____                 S/Petrese B. Tucker
      Deputy Clerk                   **Petrese B. Tucker,   Chief J.**

Civ 12 (9/83)