IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 11-570 |
| RYAN J. KASPER | : |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

                                                        ZANE DAVID MEMEGER
                                                        UNITED STATES ATTORNEY

                                                          /s  Mary E. Crawley
                                                        MARY E. CRAWLEY
                                                        Assistant United States Attorney