IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 11-570-1 |
| RYAN KASPER | : | |

### ORDER

AND NOW, this 18th day of April, 2018, upon consideration of the governments' letter dated April 5, 2018 requesting a continuance of the sentencing hearing scheduled for May 15, 2018. **IT IS HEREBY ORDERED** that the government request for continuance is **GRANTED**. The sentencing for the defendant will be scheduled after the sentencing of the defendants in *United States v. Devos, Ltd., et al, docket number 14-cr-574.*

Sentencing in this matter is rescheduled until further order of the Court.

BY THE COURT:

_____
Petrese B. Tucker, J.



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

Nancy Rue
Direct Dial: (215) 861-8683
Facsimile: (215) 861-8618
E-mail Address: Nancy.Rue@usdoj.gov

615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476
(215) 861-8200

April 5, 2018

*Cont granted*

Honorable Petrese B. Tucker
Judge, United States District Court
9613 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1751

      Re:    United States v. Ryan Kasper, CR 2011-570-PBT

Dear Judge Tucker:

      The government respectfully requests a delay in the sentencing hearing, as well as the deadline for the Presentence Report, for defendant Ryan Kasper. The sentencing is currently scheduled for May 15, 2018.

      Defendant Kasper provided information included in the search warrants in the matter of *United States v. Devos, Ltd, et al*, and his testimony may also be relevant to the sentencing of the defendants in that case. Accordingly, the government respectfully requests a continuance in defendant Kasper's sentencing until after the sentencing of the other defendants, which is currently not scheduled.

      Counsel for defendant joins in this request.

      Respectfully yours,

      LOUIS D. LAPPEN
      United States Attorney

      /s/ Nancy Rue
      Patrick J. Murray
      Nancy Rue

cc:    Christopher Cassar, Esquire
       counsel for Ryan Kasper

       Leslie Maxwell, USPO

✓