IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: 1/24/2019 |
| vs. | : | |
| | : | |
| | : | Criminal No. 11-570-1 |

Ryan J. Kasper:
152 Hallock Lane
Rocky Point, N.Y. 11778

**TAKE NOTICE** that the above-entitled case has been set for Sentencing in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on Wednesday, May 22, 2019 at 10:30 a.m. before the Honorable Petrese B. Tucker, in Courtroom 16B, 16th floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM, Click here to enter a date.

Very truly yours,

_s/ Kimberly Scott_

Kimberly Scott
Deputy Clerk to Judge Petrese B. Tucker

Notice to:
Defendant Ryan Kasper
Defense Counsel Christopher Cassar, Patrick Casey, Esq.
A.U.S.A.
U.S. Marshal
Probation Office
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)