IN THE UNITED STATES DISTRICT
COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA


UNITED STATES OF AMERICA      :

   vs.                        :          CRIMINAL NO. 11-570-1

RYAN KASPER                 :


**ORDER MODIFYING
PRETRIAL  RELEASE
SUPERVISION**

AND NOW, this    9th    day of  July , 2019, after a hearing on July 8, 2019 in open court sur violation of pretrial release supervision, with defendant and counsel being present, and the Court finding the defendant guilty of violation of pretrial release supervision, it is

**ORDERED AND ADJUDGED** that the order of pretrial release supervision entered in the above case is modified, and it is

**FURTHER ORDERED AND ADJUDGED** that the defendant is to be admitted to an impatient rehabilitation facility for 30 days upon the provision of Probation. The Probation department will advise the Court of the date and location of placement for scheduling purposes. Sentencing will be scheduled upon completion of treatment. All previously set conditions of pretrial release supervision are to remain.


THE COURT:

s/ Petrese B. Tucker
_____
  Petrese B. Tucker     , J.


cc:    U.S. Marshal (2)
       Probation Office
       (1) Counsel


       Date: 7/9/19
        KS
       By Whom