IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO. 11-570-1 |
| RYAN KASPER : | |

**AMENDED ORDER
MODIFYING PRETRIAL
RELEASE SUPERVISION**

AND NOW, this 16th day of July, 2019, after a hearing on July 8, 2019 in open court sur violation of pretrial release supervision, with defendant and counsel being present, and the Court finding the defendant guilty of violation of pretrial release supervision, it is

**ORDERED AND ADJUDGED** that the order of pretrial release supervision entered in the above case is modified, and it is

**FURTHER ORDERED AND ADJUDGED** that the defendant is to be admitted to an impatient rehabilitation facility for 30 days upon the provision of Pretrial. The Pretrial Services department will advise the Court of the date and location of placement for scheduling purposes. Sentencing will be scheduled upon completion of treatment. All previously set conditions of pretrial release supervision are to remain.

THE COURT:

s/ Petrese B. Tucker
_____
Petrese B. Tucker          , J.

cc:   U.S. Marshal (2)
      Probation Office
      (1) Counsel

Date: 7/16/19
 KS
By Whom